**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NORMAN H. LAWTON,**

        **Plaintiff,**

                                      **Civil Action 2:17-cv-699**
    **v.**                                    **Judge George C. Smith**
                                        **Magistrate Judge Jolson**

**CENTRAL INTELLIGENCE**
**AGENCY,**

        **Defendant.**

### ORDER

Pursuant to this Court's August 17, 2017 Order (Doc. 4), Plaintiff filed a Redacted Appendix to his Complaint, styled as a "Motion to Amend Appendix to Complaint for Redacted Purposes" (Doc. 5). However, Plaintiff's filing is not a motion, but rather a filing in compliance with this Court's Order. Accordingly, the Clerk is **DIRECTED** to term Plaintiff's Motion (Doc. 5) and unseal the case. Further, the Appendix to Complaint (Doc. 2-2), shall remain under seal.

IT IS SO ORDERED.

Date: August 25, 2017                    /s/ Kimberly A. Jolson
                                        KIMBERLY A. JOLSON
                                      UNITED STATES MAGISTRATE JUDGE